FILED
CLERK, U.S. DISTRICT COURT

JUL 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN PHUONG NGUYEN,<br><br>      Petitioner,<br><br>      v.<br><br>V. M. ALMAGER, Warden,<br><br>      Respondent. | NO. SA CV 07-1382 R (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 11, 2008.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE